1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12

13    | IN RE: CATHODE RAY TUBE (CRT) | Master File No. CV-07-5944-SC |
ANTITRUST LITIGATION

14                                          MDL No. 1917

15    This Document Relates to:              ~~[PROPOSED]~~ ORDER GRANTING
                                             INDIRECT PURCHASER PLAINTIFFS'
                                             MOTION FOR AN ORDER SHORTENING

16    ALL INDIRECT PURCHASER ACTIONS         TIME ON MOTION TO COMPEL
                                             DISCOVERY FROM OBJECTOR SEAN

17                                           HULL

18                                           Special Master: Hon. Charles A. Legge (Ret.)

19

20

21        GOOD CAUSE APPEARING THEREFORE, Indirect Purchaser ("IP") Plaintiffs' Motion

For an Order Shortening Time on Motion to Compel Discovery From Objector Sean Hull ("Hull") is

22

hereby GRANTED.

23

     Hull shall file and serve his opposition to IP Plaintiffs' Motion to Compel Discovery From

24

Objector within two court days of the entry of this order.  IP Plaintiffs' reply, if any, shall be filed

25

and served within one court day of Objector filing of his opposition.  The Court may, in its

26

discretion, hold a hearing on the matter as soon as is practicable thereafter.

27

28

                                          1

1 | SO ORDERED:

2

3 | Dated: _____March 21_____, 2012.            _____Charles A. Legge_____

4 |                                                 Hon. Charles A. Legge (Ret.)
                                                    Special Master

5

6 | REVIEWED AND [APPROVED ~~OR MODIFIED~~]:

7 | Dated: __March 22_____, 2012.               _____Samuel Conti_____

8 |                                                 Hon. Samuel Conti
                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 | #3229118v1

27

28

2

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER
SHORTENING TIME ON MOTION TO COMPEL DISCOVERY FROM OBJECTOR
Master File No. CV-07-5944-SC, MDL No. 1917