1 | David J. Burman (admitted *pro hac vice*)
  | Cori G. Moore (admitted *pro hac vice*)
2 | Eric J. Weiss (admitted *pro hac vice*)
  | Nicholas H. Hesterberg (admitted *pro hac vice*)
3 | Steven D. Merriman (admitted *pro hac vice*)
  | **PERKINS COIE LLP**
4 | 1201 Third Avenue, Suite 4900
  | Seattle, WA 98101-3099
5 | Telephone:  206.359.8000
  | Facsimile:  206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7120
Facsimile:  415.344.7320

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
|---|---|
| This Document Relates to:<br><br>Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI LTD., et al.,<br><br>Defendants. | Individual Case No.: 3:11-CV-06397-SC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CHUNGHWA'S**<br>**PARTICIPATION IN**<br>**PRETRIAL PROCEEDINGS** |

STIPULATION AND [PROPOSED] ORDER
Case No. 3:07-cv-05944-SC
LEGAL27890823.2

Plaintiff Costco Wholesale Corporation ("Costco") and Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), by their respective attorneys hereby stipulate and agree as follows:

1. Costco and Chunghwa have entered into a comprehensive written settlement agreement calling for, among other things, dismissal of Costco's individual action, 3:11-cv-06397-SC, as to Chunghwa.

2. The Settlement Agreement provides that Chunghwa will fulfill certain terms.

3. Costco's individual action will be dismissed with prejudice as to Chunghwa upon fulfillment of the terms of the Settlement Agreement.

4. This stipulation does not affect the rights or claims of Costco against any other defendant or alleged co-conspirator in this litigation.

5. WHEREFORE, IT IS HEREBY STIPULATED that Chunghwa will not participate in further pretrial proceedings in Costco's individual action, 3:11-cv-06397-SC, as long as it fulfills the terms of the Settlement Agreement.

DATED: September 24, 2013

By: s/ David J. Burman
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
DBurman@perkinscoie.com
CGMoore@perkinscoie.com
SMerriman@perkinscoie.com

Attorneys for Plaintiff
Costco Wholesale Corporation

STIPULATION AND [PROPOSED] ORDER
Case No. 3:07-cv-05944-SC

LEGAL27890823.2

By: s/ Rachel S. Brass<br>
Joel S. Sanders, SBN 107234<br>
Rachel S. Brass, SBN 219301<br>
GIBSON, DUNN & CRUTCHER LLP<br>
555 Mission Street, Suite 3000<br>
San Francisco, CA 94105-2933<br>
Telephone: (415) 393-8200<br>
Facsimile: (415) 393-8306<br>
E-mail: JSanders@gibsondunn.com<br>
RBrass@gibsondunn.com

Attorneys for Defendant Chunghwa Picture Tubes, Ltd.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.



- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:07-cv-05944-SC

LEGAL27890823.2