IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL CASES | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br><u>ORDER ON DISCOVERY DISPUTES</u> |

The Court has read and considered the parties' letters regarding the need for a discovery master in this case. <u>See</u> ECF Nos. 1954, 1967, 1968, 2013.  The Court proposes that the Honorable Vaughn Walker, United States District Judge (Retired), serve in that capacity.  The parties shall file letters of support or opposition to this decision within seven (7) days of this Order's signature date.  Any party objecting to this appointment shall propose an alternative discovery magistrate.  To minimize duplicative filings and to encourage efficient resolution of the parties' disputes, the parties are encouraged to meet and confer on this matter, and to file joint letters.  After these letters are

submitted, the Court will consider the parties' positions and issue an order regarding discovery in this case.

As to the direct purchaser plaintiffs' ("DPPs") dispute with Samsung SDI America, Inc. ("SDIA") over SDIA's pending motion to compel, ECF No. 1908, the Court notes that it informed the parties at its September 13, 2013 hearing that discovery motions were to be filed before the Court. SDIA argues that its motion is properly before the Court despite having been filed as a letter brief before the now-discharged Special Master. ECF No. 2020. The DPPs contend that SDIA should have re-filed its motion to compel, and also that the motion is not ripe given that the DPPs have issued supplemental responses to SDIA's discovery requests. ECF No. 2025.

The DPPs are right. SDIA's motion is not properly before the Court. If SDIA still contends that its motion is warranted, it should re-file and re-notice the motion pursuant to the Local Rules. However, the DPPs and SDIA -- along with all other parties to this case -- are strongly encouraged to resolve their disputes on their own.

The Court makes no other findings as to the parties' discovery disputes at this time.

IT IS SO ORDERED.

Dated: November 1, 2013

_____
UNITED STATES DISTRICT JUDGE

2