1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone: 206.359.8000
   Facsimile: 206.359.9000
6
7  Joren S. Ayala-Bass, State Bar No. 208143
   JBass@perkinscoie.com
8  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
9  San Francisco, CA 94111-4131
   Telephone: 415.344.7120
   Facsimile: 415.344.7320
10
11 *Attorneys for Plaintiff*
   *Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
|---|---|
| | INDIV. CASE NO.: 3:11-CV-06397-SC |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Hitachi Ltd., et al.*, No. 11-cv-06397 | [PROPOSED] ORDER ON STIPULATION OF DISMISSAL |

1  The Court, having considered the stipulation of the parties, and good cause appearing,
2  orders as follows:
3      1.    The action filed by Costco Wholesale Corporation is dismissed with prejudice as
4  against Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V.
5  (f/n/a Koninklijke Philips Electronics N.V.), Philips Taiwan Limited (f/n/a Philips Electronics
6  Industries (Taiwan) Ltd.) and Philips do Brasil, Ltda. (f/n/a Philips da Amazonia Industria
7  Electronica Ltda.) pursuant to Federal Rule of Civil Procedure 41(a)(2).
8      2.    Each party shall bear its own costs and attorneys' fees.
9  **IT IS SO ORDERED.**

11  DATED: October 22, 2014



28  LEGAL123641213

- 1 -

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
Case No. 3:07-cv-05944-SC; 3:11-CV-06397-SC