# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COSTCO WHOLE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>HITACHI LTD., et al.,<br><br>        Defendant. | No. 2:17-cv-00995-RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL |

Plaintiff Costco Wholesale Corporation ("Costco") and Defendants LG Electronics, Inc. and LG Electronics USA, Inc. (together, "LGE"), by their respective attorneys, hereby stipulate and agree, pursuant to Local Civil Rules 7(d)(1) and 10(g), as follows:

1. Costco and LGE are the only parties remaining in this action.

2. Costco and LGE have entered into a confidential written settlement agreement.

3. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-entitled action, including all claims asserted therein, shall be dismissed with prejudice.

4. Each party shall bear its own fees and costs.

STIPULATION AND ORDER FOR DISMISSAL (No. 2:17-cv-00995-RSM) –1

136119156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 5th day of July, 2017.

By: s/ Cori G. Moore
David J. Burman #10611
Cori G. Moore #28649
Nicholas H. Hesterberg #41970
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
CGMoore@perkinscoie.com
NHesterberg@perkinscoie.com

Counsel for Plaintiff
Costco Wholesale Corporation

By: s/ David C. Lundsgaard
David C. Lundsgaard #25448
**Miller Nash Graham & Dunn LLP**
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: 206.777.8300
Facsimile: 206.340.9599
Email: David.Lundsgaard@millernash.com

Counsel for Defendant LG Electronics, Inc. and LG Electronics USA, Inc.

**IT IS SO ORDERED** this 7th day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
DISMISSAL (No. 2:17-cv-00995-RSM) –2

136119156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000